

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00817-CV

Joseph A. **RAMIREZ** and April M. Ramirez,
Appellants

v.

Rosalinda **HURON**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV06197
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: January 2, 2019

DISMISSED

On November 27, 2018, we issued an order notifying appellants that the record appears to show this appeal is moot. We ordered appellants to file a response by December 17, 2018, showing why this appeal should not be dismissed for want of jurisdiction. We further notified appellants that if they failed to respond, then this appeal would be dismissed. And, on December 7, 2018, we issued an order notifying appellants that their docketing statement was past due. We notified appellants that if they failed to file a docketing statement, this appeal could be dismissed without

further notice. Appellants have not filed a docketing statement or responded to our November 27, 2018 order. We therefore dismiss this appeal. *See* TEX. R. APP. P. 42.3(a), (c).

PER CURIAM